# Exhibit B

Docusign Envelope ID: 13CB5259-C835-41AD-B41B-61240695EAF9
Case 25-13742-djb    Claim 26-2 Filed 11/24/25    Desc Main Document    Page 1 of 3
Case 25-13742-djb    Claim 26-2 Filed 11/24/25    Desc Exhibit B    Page 2 of 8

**Fill in this information to identify the case:**

Debtor 1  Tracy M. Pressley

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number  25-13742-DJB

Official Form 410

# Proof of Claim

04/19

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

1. **Who is the current creditor?**
   Montgomery County Tax Claim Bureau
   Name of the current creditor (the person or entity to be paid for this claim)

   Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**
   ☒ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   **Where should notices to the creditor be sent?**

   Michael D. Vagnoni, Esquire
   Name
   Centre Square West, 1500 Market Street
   Number    Street
   Philadelphia        PA        19102
   City                State      ZIP Code

   Contact phone 215-665-3066
   Contact email michael.vagnoni@obermayer.com

   **Where should payments to the creditor be sent?** (if different)

   Michelle Yost/Montgomery County Tax Claim
   Name
   One Montgomery Plaza, P.O. Box 190
   Number    Street
   Norristown          PA        19404
   City                State      ZIP Code

   Contact phone _____
   Contact email _____

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):
   __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

4. **Does this claim amend one already filed?**
   ☒ No
   ☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____
                                                                      MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☒ No
   ☐ Yes. Who made the earlier filing? _____

Official Form 410                                **Proof of Claim**                                page 1

Docusign Envelope ID: 13CB5259-C825-41AD-B41B-61240695EA50
Case 25-13742-djb    Claim 26-2    Filed 11/04/25    Desc Main Document    Page 2 of 3
Case 25-13742-djb    Claim 26-2    Filed 11/04/25    Desc Mail 12/09/25 13:07:11    Page 2 of 3
Exhibit B    Page 3 of 8

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☒ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?**  $_____57,437.16_. **Does this amount include interest or other charges?**
☐ No
☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaded, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Delinquent Real Estate Taxes

**9. Is all or part of the claim secured?**

☐ No
☒ Yes.   The claim is secured by a lien on property.

**Nature of property:**

☒ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe:    2410 Rahway Ave., Parcel # 33-00-07246-00-2

**Basis for perfection:**    Statutory Lien

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**:  $_____340,560.00_
**Amount of the claim that is secured:**  $_____57,437.16_

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate** (when case was filed)__9.00_%
☒ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☒ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____

**11. Is this claim subject to a right of setoff?**

☒ No
☐ Yes. Identify the property: _____

Official Form 410    **Proof of Claim**    page 2

| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☒ No | | |
|---|---|---|---|---|
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | | **Amount entitled to priority** |
| | | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $_____ |
| | | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $_____ |
| | | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $_____ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $_____ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $_____ |
| | | ☒ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | | $_____ |
| | | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | | |

## Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☒  I am the creditor.
☐  I am the creditor's attorney or authorized agent.
☐  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   10/31/2025
                           MM / DD / YYYY

Signed by: *Michelle Yost*
FF5B0DA5D3D940A...
_____
Signature

**Print the name of the person who is completing and signing this claim:**

| | | |
|---|---|---|
| Name | Michelle Yost | |
| | First name     Middle name     Last name | |
| Title | Asst. Tax Claim Director | |
| Company | Montgomery County Tax Claim Bureau | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | |
| Address | One Montgomery Plaza, P.O. Box 190 | |
| | Number          Street | |
| | Norristown                                                PA           19404 | |
| | City                                                            State        ZIP Code | |
| Contact phone | _____ | Email _____ |

Official Form 410                                            **Proof of Claim**                                            page 3

# Tracy M. Pressley
**Chapter 13 Bankruptcy Number 25-13742-DJB**
**United States Bankruptcy Court for the Eastern District of Pennsylvania**

**Supplement in support of proof of claim of Montgomery County Tax Claim Bureau**

The Proof of Claim of the Montgomery County Tax Claim Bureau ("MCTCB") and this Supplement are filed pursuant to Federal Rule of Bankruptcy Procedure 3001(c), 3002 and 3003, and the Instructions for Official Bankruptcy Form 410.

1.   **Basis of Claim**.  Delinquent secured statutory property tax claim pursuant to 53 P.S. § 7102 plus accruing statutory interest.  MCTCB's claim includes pre-petition interest and costs which will continue to accrue post-petition pursuant to 72 P.S. § 5860.306 and 11 U.S.C. § 506(b).

2.   **Supporting Documents**.  Copies of documents supporting MCTCB's claims against the Debtor are attached hereto including a tax certification and this supplement.  MCTCB's investigation is ongoing and MCTCB specifically reserves the right to supplement the documents produced in support of the Claim in the future, should the availability of additional information make this necessary.

3.   **No Waiver**.  The filing of this Proof of Claim is not (a) an election of remedies; (b) a waiver or release of MCTCB's rights against any person, entity or property including claims against the Debtor; (c) a consent by MCTCB to the jurisdiction of the bankruptcy court with respect to the subject matter of the claim or any objection or other proceeding commenced in this case against or otherwise involving MCTCB; (d) a waiver of the right to move or withdraw the reference or otherwise to challenge the jurisdiction of this reference or otherwise challenge the jurisdiction of the bankruptcy court; (e) a waiver of any rights or claims MCTCB has against the Debtor or any person or entity with respect to any pending or future litigation or to any matters related to

Case 25-13742-djb    Claim 36 Part 2    Filed 12/09/25    Desc Dec 2 of 4
Case 25-13742-djb    Doc 56-2    Filed 12/03/25    Entered 12/09/25 13:07:11    Page 2 of
Exhibit B    Page 6 of 8

such litigation; (f) a waiver of past, present or future defaults or events of default; (g) a waiver of the MCTCB's right to oppose confirmation of any Plan filed by the Debtor; or (h) a waiver of any unliquidated claim for setoff or recoupment.

4. **Reservation of Rights**. MCTCB reserves its rights to (a) amend or supplement this Proof of Claim at any time for any reason including but not limited to reflect any additional claims against the Debtor, to specify interest, costs, expenses or other charges or claims incurred by MCTCB; and (b) to file additional proofs of claim for any reason including but not limited to the conversion of this bankruptcy case to a case under Chapter 7 of the Bankruptcy Code or the discovery of additional claims of the same or different nature as the claims asserted in this proof of claim. Nothing in this proof of claim is intended to in any way affect or replace any prior claim filed by MCTCB.

5. **Notices**. All notices to MCTCB should be sent to:

> OBERMAYER REBMANN MAXWELL & HIPPEL LLP
> c/o Michael D. Vagnoni, Esquire
> Centre Square West
> 1500 Market Street, Suite 3400
> Philadelphia, PA 19102

6. **Payments**. All distributions to MCTCB should be sent to:

> Montgomery County Tax Claim Bureau
> c/o Michelle Yost
> Asst. Tax Claim Director
> One Montgomery Plaza, P.O. Box 190
> Norristown, PA 19404

4910-5893-7970 v1-10/13/25

**Montgomery County**
**Board of Commissioners**

Neil Makhija, Chair
Jamila H. Winder, Vice Chair
Thomas DiBello, Commissioner



**TAX CLAIM BUREAU**

PO Box 190
Norristown, Pa 19404-0190

Tax Claim: 610-278-1216
fax: 610-994-2881
email: taxclaim@montgomerycountypa.gov
www.montgomerycountypa.gov/taxclaim

**Jason E. Salus**
Treasurer/Director, Tax Claim
**William F. Caldwell**
First Deputy
**Michael P. Clarke**
Solicitor

Municipality:   East Norriton

# Certification

I hereby certify that the County, East Norriton, or the NORRISTOWN AREA SCHOOL DISTRICT entered liens against:

Owner:    PRESSLEY TRACY & DANNETTE

Location:   2410 RAHWAY AVE

Parcel Number:  33-00-07246-00-2        Block   029        Unit   069

For the Following Year(s) with Balances as Indicated Below

| Year | County | MCCC | Twp./Boro | School | Total Tax | Interest | Costs | Total Due |
|---|---|---|---|---|---|---|---|---|
| 2018 | $309.74 | $34.77 | $244.24 | $3,140.88 | $3,729.63 | $27.97 | $180.25 | $3,937.85 |
| 2019 | $506.00 | $57.00 | $399.14 | $5,282.95 | $6,245.09 | $3,231.96 | $718.58 | $10,195.63 |
| 2020 | $64.96 | $7.04 | $50.92 | $697.15 | $820.07 | $246.00 | $26.20 | $1,092.27 |
| 2021 | $531.00 | $57.00 | $399.14 | $5,463.96 | $6,451.10 | $2,177.10 | $570.01 | $9,198.21 |
| 2022 | $574.00 | $57.00 | $399.14 | $5,395.23 | $6,425.37 | $1,590.27 | $2,506.45 | $10,522.09 |
| 2023 | $620.00 | $57.00 | $399.14 | $5,392.87 | $6,469.01 | $1,018.92 | $2,313.67 | $9,801.60 |
| 2024 | $701.00 | $57.00 | $399.14 | $5,329.23 | $6,486.37 | $437.85 | $6,039.99 | $12,964.21 |
| | | | | | | | Total Liens: | $57,711.86 |

| Parcel Number: 33-00-07246-00-2 | **Certification** | TAX CLAIM BUREAU |
|---|---|---|

Please be advised this quote is valid only within ten (10) days from the date of certification. A copy of this certification must accompany payment. Furthermore, interest will accrue at the rate of ¾ of 1% monthly sometime on or after the 1st day of each month. You will still be responsible for interest until payment is received.

Return this bill with your remittance. Checks should be made payable to Montgomery County Tax Claim Bureau. If a receipt is desired, please enclose a self addressed, stamped envelope.

Please Note: The Montgomery County Tax Claim Bureau can only certify lien balances for those municipalities and school districts for which it collects. Not all liens are filed with the Tax Claim Bureau. Please consult the local tax collector for a list of those organizations besides the Tax Claim Bureau who may also be collecting delinquent taxes for the parcel in question.

N/A* - Taxes marked as N/A are not collected by the Montgomery County Tax Claim Bureau

Tax Claim Bureau
610-278-1216

Certification Date: October 16, 2025