# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **In re:** | : | **CHAPTER 13** |
| | : | |
| **TRACY M. PRESSLEY,** | : | **BANKRUPTCY NO. 25-13742-DJB** |
| | : | |
| **Debtor.** | : | |
| | : | |

## ORDER SUSTAINING OBJECTION TO CHAPTER 13 PLAN

AND NOW, on this _____ day of _____, 2025, upon consideration of the Objection of Montgomery County Tax Claim Bureau to the Debtor's Chapter 13 Plan and after an opportunity to be heard, and cause therefore having been shown, and the Court having determined that Debtor's Chapter 13 Plan does not comply with 11 U.S.C. §1325 and it is hereby,

ORDERED that the Objection is SUSTAINED.

BY THE COURT:

_____
Honorable Derek J. Baker
United States Bankruptcy Judge

4928-4069-5680 v1-12/9/25