# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **CHAPTER 13** |
| **TRACY M. PRESSLEY,** | **BANKRUPTCY NO. 25-13742-DJB** |
| **Debtor.** | |

## CERTIFICATE OF SERVICE

     I, Michael D. Vagnoni, Esquire, hereby certify that on December 9, 2025, a true and correct copy of the foregoing Objection of Montgomery County Tax Claim Bureau to Debtor's Chapter 13 Plan was served via e-mail via the Court's CM/ECF system, upon the individuals listed on the attached service list.

                                                               */s/ Michael D. Vagnoni*
                                                                Michael D. Vagnoni, Esquire

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

MICHAEL D. SAYLES
Michael D. Sayles
PO Box 11222
Elkins Park, PA 19027
*Counsel to Debtor, Tracy M. Pressley*
Via: ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
*U.S. Trustee*
Via: ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
*Chapter 13 Standing Trustee*
Via: ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

CHRISTOPHER A. DENARDO
Shapiro and DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
*Counsel to Ardent Credit Union*
Via: ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

4928-4069-5680 v1-12/9/25